UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number: 19-cv-01439-SKC

**UNITED STATES OF AMERICA,**
Plaintiff,

v.

1. 8 Pieces of Assorted Jewelry;
2. Assorted marijuana grow equipment;
3. $214,396.00 in United States Currency;
4. 2017 Chevrolet Corvette ZO6; VIN: 1G1YU2D61H5601152;
5. 2018 Yamaha XSR700 Motorcycle; VIN: JYARM27E1JA001741

Defendants.

**MOTION TO LIFT STAY AS TO DEFENDANT 8 PIECES OF ASSORTED JEWELRY**

Claimant, Joshua Robertson, by and through his attorney, Harvey A. Steinberg, of the law firm of Springer & Steinberg, P.C., respectfully moves for the entry of an order lifting the stay imposed in this case on July 10, 2020, as to Defendant 8 Pieces of Assorted Jewelry.

**AS GROUNDS THEREFOR**, Mr. Robertson states as follows:

1. This forfeiture action was initiated by the United States against the defendant assets, pursuant to 21 U.S.C. § 881, on May 21, 2019. (Doc. 1). Claimant Robertson filed his notice of claim as to Defendant 8 Pieces of Assorted Jewelry on July 3, 2019. (Doc. 8).

2. Claimant Robertson is also the named defendant in a Colorado state district court case, styled as *The People of the State of Colorado v. Joshua Robertson*, Arapahoe County Case 2018CR003725 (the "Arapahoe County Case"). Because the Arapahoe County Case is related to the subject matter of this forfeiture proceeding, Claimant Robertson sought a stay of this case,

–2–

unopposed by the government, on January 20, 2020. (Doc. 15). The Court granted Claimant Robertson's request and ordered the proceedings stayed as to Defendant 8 Pieces of Assorted Jewelry pending resolution of the Arapahoe County Case on July 10, 2020. (Doc. 17). The Court further ordered that within 7 days of resolution of the Arapahoe County Case, Claimant Robertson was to file a motion to lift the stay. (Doc. 17).

3.  The Arapahoe County Case resolved with a guilty plea on May 7, 2021. Claimant Robertson was sentenced the same day.

4.  On May 14, 2021, Claimant Robertson filed a Status Report advising the Court of his resolution of the Arapahoe County Case and requesting the stay be lifted. (Doc. 19). The Court in response ordered that Claimant Robertson confer with the government and file a motion to lift the stay by September 7, 2021. (Doc. 20).

8.  For the above stated reasons, Claimant Robertson respectfully requests that this Court lift the stay that entered on July 10, 2020. Undersigned counsel attempted to confer with Assistant United States Attorney Kurt Bohn regarding this request, but as of the filing of this motion has not been advised of the government's position on lifting the stay.

**WHEREFORE**, Claimant Robertson prays for the relief requested, and for such other and further relief as to the Court seems just and proper in the premises.

–3–

Dated this 7th day of September, 2021.

        Respectfully submitted,

        s/ *Christen E. Keller*
        Christen E. Keller
        Springer & Steinberg, P.C.
        Attorneys for Joshua Robertson
        1600 Broadway, Suite 1200
        Denver, CO 80202
        (303)861-2800 Telephone
        (303)832-7116 Telecopier
        ckeller@springersteinberg.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of September, 2021, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**AUSA KURT BOHN**
kurt.bohn@usdoj.gov

        s/ *Christen E. Keller*
        Christen E. Keller
        Springer & Steinberg, P.C.
        Attorneys for Joshua Robertson
        1600 Broadway, Suite 1200
        Denver, CO 80202
        (303)861-2800 Telephone
        (303)832-7116 Telecopier
        ckeller@springersteinberg.com